UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FCX SOLAR, LLC

                           Plaintiff,         **21-CV-3556(RA) (VF)**
                                            **21-CF-8766(RA) (VF)**

    -against-

FTC SOLAR, INC.,                            **ORDER SCHEDULING CONFERENCE**

                           Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A Conference in this matter is hereby scheduled for **Tuesday, June 28, 2022, at 3:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. The parties should be prepared to discuss the following: Defendant's request for a protective order, dated May 12, 2022 (ECF No. 124, 21 Civ. 3556); Plaintiff's May 13, 2022 request for a premotion discovery conference (ECF No. 125, 21 Civ. 3556); Plaintiff's request for the production of documents relating to Defendant's "Next Gen" designs, for which briefing will be completed by June 7, 2022, as per the parties' joint scheduling stipulation (ECF No. 121, 21 Civ. 3556).  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conferences for the most up to date information**.

      **SO ORDERED.**

DATED:       New York, New York
                May 23, 2022

                                                               _____
                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge